# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE – COURTROOM 3B

**Case #:** 3:23-mj-1083  **Date:** May 11, 2023

United States of America  vs.  Raymond Liddy

**Present before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | DCR | Travis Worthington |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| William Roach, Jr. | Knut Johnson | |
|---|---|---|
| **Asst. U.S. Atty** | **Attorney(s) for Defendant(s)** | **Attorney(s) for Defendant(s) Contd.** |

**Proceedings:** Parties present for a Rule 5 initial appearance on a warrant issued out of the Southern District of California.

- [x] Defendant sworn.
- [ ] Defendant requested appointment of counsel and submitted financial affidavit.
- [ ] Court approved financial affidavit and appointed counsel
- [x] Defendant present with retained counsel.
- [x] Government requested detention of the defendant:
- [x] Defendant waived and reserved the right to a Rule 5 hearing in this district.
- [ ] Defendant requested a _____ hearing.
  - [ ] Hearing set.  [ ] Hearing held.
- [ ] Parties agreed to conditions on which the defendant could be released and the defendant is Ordered to appear in originating district on
- [x] Defendant remanded to the custody and the U.S. Marshal Service is directed to transport the defendant to the originating district for further proceedings.
- [ ] Case under seal as to defendant(s):
  - [ ] Unsealed upon granting of motion by AUSA.  [ ] To remain under seal.

**Dates set at this hearing:**
- [ ] **Detention Hearing:**
- [ ] **Other Hearing:**

**Time:** 1:30   **to** 2:00

(●) I, Rachel Stone   Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

Knox-DCR_ 323mj1083  _ 20230511  _ 114714

Case 3:23-mj-01083-DCP   Document 2   Filed 05/11/23   Page 1 of 1   PageID #: 12