# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | | |
| | ) | | |
| v. | ) | Case No. | **3:23-mj-1083** |
| | ) | | **Judge Deborah C. Poplin** |
| | ) | | |
| **RAYMOND LIDDY** | ) | | |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The defendant, Raymond Liddy, by and through undersigned counsel, respectfully moves this Honorable Court for leave to file under seal a motion to seal or redact a previously filed document in this case.

In further support, the following is stated:

1. On May 11, 2023, Mr. Liddy appeared before the Court for an initial appearance pursuant to Fed. R. Crim. P. 5(c)(3) after his arrest for alleged violations of his supervised release. The warrant was issued by the United States District Court for the Southern District of California, the court where Mr. Liddy was convicted and sentenced.

2. After Mr. Liddy's arrest, his attorney in California filed a motion in the Southern District of California that has been litigated under seal.

3. Mr. Liddy seeks to file under seal a motion to seal or, in the alternative, to redact portions of a document that has been filed in the proceedings in this Court. Publicly disclosing and arguing the reasons that the document should be sealed or redacted defeats the purpose of the relief sought. Further, raising this issue requires disclosure of information that is filed under seal in the Southern District of California.

4. For these reasons, Mr. Liddy respectfully moves this Honorable Court for leave to file under seal a motion to seal or redact a previously filed document in this case.

Respectfully submitted,

    s/Tyler M. Caviness
    Tyler M. Caviness, BPR # 036273
    STEPHENS, DIRADO & CAVINESS, LLP
    606 W Main Street, Suite 250
    Knoxville, TN 37902
    (865) 545-0909, Fax: (865) 545-0902
    tyler@sdclaw.com
    *Attorney for Mr. Liddy*

## CERTIFICATE OF SERVICE

I, Tyler M. Caviness, attorney for Mr. Liddy, hereby certify that a copy of motion was filed electronically on May 19, 2023. Notice of this pleading will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this document through the Court's electronic filing system.

    s/Tyler M. Caviness
    TYLER M. CAVINESS