# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Case No. | 3:23-mj-1083 |
| | ) | | Judge Debra C. Poplin |
| RAYMOND LIDDY | ) | | |

## MOTION TO WITHDRAW PREVIOUSLY FILED MOTION FOR LEAVE TO FILE UNDER SEAL [DOC. 6] AND MOTION TO SEAL [DOC. 9]

The defendant, Raymond Liddy, by and through undersigned counsel, respectfully moves this Honorable Court for leave to withdraw two previously filed motions in this Court: the motion for leave to file under seal [Doc. 6] and Motion to Seal Document One – Rule 5(c)(3) Documents [Doc. 9]. These motions were filed in anticipation of litigation in the Southern District of California (where the petition for warrant originated) that could have resulted in the original petition incorporated in this jurisdiction's Rule 5(c)(3) documents being sealed. That litigation ultimately did not occur. Undersigned counsel has corresponded with Mr. Liddy's California counsel and has been informed that no current circumstances would necessitate sealing the record in this case. As a result, undersigned counsel seeks to withdraw the above referenced pleadings.

Respectfully submitted,

s/Tyler M. Caviness
Tyler M. Caviness, BPR # 036273
STEPHENS, DIRADO & CAVINESS, LLP
606 W Main Street, Suite 250
Knoxville, TN 37902
(865) 545-0909, Fax: (865) 545-0902
tyler@sdclaw.com
*Attorney for Mr. Liddy*

## **CERTIFICATE OF SERVICE**

      I, Tyler M. Caviness, attorney for Mr. Liddy, hereby certify that a copy of motion was filed electronically on June 29, 2023. Notice of this pleading will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this document through the Court's electronic filing system.

                                          s/Tyler M. Caviness
                                          TYLER M. CAVINESS